UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE VADEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>P. HEU, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1066 JAM AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. See ECF No. 10.  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

　　　Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.  See Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 27, 2021

　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE